Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael L. Vander Giessen
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 07, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL WESTON MATHEWS,<br><br>Defendant. | 2:23-CR-120-TOR<br><br>INDICTMENT<br><br>Vio:  18 U.S.C. §§ 922(g)(1),<br>       924(a)(8)<br>       Felon in Possession of a<br>       Firearm and Ammunition<br><br>18 U.S.C. § 924(d)(1),<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

On or about and between August 4 and 6, 2023, in the Eastern District of Washington, the Defendant, MICHAEL WESTON MATHEWS, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, to wit: a Smith & Wesson, model SD9VE, 9mm caliber pistol, bearing serial number FZF3044, and 9mm caliber ammunition bearing headstamp SIG 9MM LUGER, which firearm and ammunition had theretofore

INDICTMENT – 1

been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as charged in this Indictment, the Defendant, MICHAEL WESTON MATHEWS, shall forfeit to the United States of America, any firearm or ammunition involved or used in the commission of the offense, including but not limited to:

- a Smith & Wesson, model SD9VE, 9mm caliber pistol, bearing serial number FZF3044; and

- Twelve (12) rounds of 9mm caliber ammunition bearing headstamp SIG 9MM LUGER.

DATED this 7th day of November, 2023.



Vanessa R. Waldref
United States Attorney

Michael L. Vander Giessen
Assistant United States Attorney

INDICTMENT – 2