PROB 12C
(6/16)

Report Date: July 1, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 02, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Weston Mathews          Case Number: 0980 2:23CR00120-TOR-1

Address of Offender: ███████████████ , Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 18, 2024

Original Offense:       Felon in Possession of a Firearm and Ammunition , 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

Original Sentence:      Prison - 20 months          Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Alison L. Gregoire          Date Supervision Commenced: November 10, 2025

Defense Attorney:       Amy H. Rubin                Date Supervision Expires: November 9, 2028

---

### PETITIONING THE COURT

To issue a summons.

On November 12, 2025, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Mathews as outlined in the judgment and sentence. Mr. Mathews acknowledged and understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from all alcohol and must submit to uranalysis and Breathalyser testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substances.<br><br>**Supporting Evidence**: Mr. Mathews allegedly violated the above-stated condition of supervision by consuming alcoholic beverages, on or about April 13, 2026.<br><br>On April 13, 2026, Mr. Mathews reported to his treatment counselor that he had relapsed on alcohol and was currently under the influence. On April 14, 2026, the undersigned officer was advised of his alcohol consumption. |
| 2 | **Mandatory Condition #1**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Mathews allegedly violated the above-stated condition on May 30, 2026, for committing the crime of hit and run property. |

**Prob12C**
**Re: Mathews, Michael Weston**
**July 1, 2026**
**Page 2**

According to Spokane County Sheriff Office report 2026-10073318, on May 30, 2026, officers responded to a report of an injury collision. Upon arrival, they observed a vehicle registered to Mr. Mathews with front end damage consistent with striking trees and a traffic sign. Witnesses provided a description of the driver that matched Mr. Mathews prior booking photos.

Based on the witness statements of seeing the vehicle at unsafe speeds on the road and crash into the tree, the damaged street sign, and the driver who matched the same description as the registered owner leaving the scene of the accident, there is probable cause to arrest Mr. Mathews for Revised Code of Washington (RCW) 46.52.010, hit and run property. At the time of this petition, the charges remain pending.

**Mandatory Condition #1**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: Mr. Mathews allegedly violated the above-stated condition on June 21, 2026. On this date, Mr. Mathews was charged by Idaho State Police (ISP) for: driving under the influence of alcohol or drugs, or any other intoxicating substances (refusal) (1st offense) pursuant to Idaho Code 18-8004(1)(A).

According to ISP department report 26-00079723, on June 21, 2026, Michael Mathews was observed driving and weaving back and forth within lanes of travel which prompted a traffic stop. The officer observed Mr. Mathews, the sole occupant making furtive movements. When the officer made contact with Mr. Mathews, he noticed his eyes were bloodshot, and glassy with dilated pupils. He also noticed Mr. Mathews had a flushed face and was mumbling or slurring his speech. Mr. Mathews was asked to perform a field sobriety test and breath sample, but he refused. Mr. Mathews was arrested for the aforementioned crime and transported to Nez Perce County Jail. At the time of this petition, the charges remain pending.

**Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: It is alleged Mr. Mathews violated the above-stated condition of supervision by failing to notify the undersigned within 72 hours of his contact with Idaho State Police on June 21, 2026.

According to ISP department report 26-00079723, on June 21, 2026, Michael Mathews was arrested for driving under the influence of alcohol or drugs, or any other intoxicating substances (refusal) (1st offense) pursuant to Idaho Code 18-8004(1)(A).

On June 22, 2026, Mr. Mathews posted a $500 bond. Mr. Mathews failed to report this law enforcement contact to the undersigned officer as required.

**Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Mr. Mathews allegedly violated his conditions of supervised release by failing to report for treatment services at  Pioneer Human Services (PHS) on June 25, 2026.

On June 25, 2026, the undersigned officer received communication from PHS staff that Mr. Mathews was not present for his scheduled appointment.

Prob12C

**Re: Mathews, Michael Weston**
**July 1, 2026**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _July 1, 2026_

_s/Mark E. Hedge_

Mark E. Hedge
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_Thomas O. Rice_

Signature of Judicial Officer

July 2, 2026

Date